[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  13-11962
Non-Argument Calendar
_____

District No. 1:12-cv-00500-TWT

RICKY J. SAMPSON,

Plaintiff-Appellee,

versus

KASIM REED, in  his official capacity as
Mayor of the City of Atlanta, et al.,

Defendants,

ROBERT C. GODWIN, individually,
REGINALD PETTIS, individually,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(October 2, 2013)

Before WILSON, HILL, and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Godwin and Reginald Pettis appeal the denial of their motions for summary judgment in this Section 1983 action against them by plaintiff, Ricky Sampson. The district court, in a well-reasoned and thorough opinion, denied summary judgment as to the officers' affirmative defenses of qualified immunity and official immunity. The district court also found that Sampson had presented sufficient evidence to create a genuine issue of material fact as to his claims of false imprisonment and abuse in being arrested. Finally, the district court held that there was sufficient evidence to support Sampson's battery claim against Officer Pettis, but not against Officer Godwin, whom the undisputed evidence showed did not touch Sampson. Sampson does not appeal the grant of summary judgment to Officer Godwin on this claim.

We have reviewed the record in this case and the district court's thoughtful opinion. Finding no reversible error, we shall affirm.

AFFIRMED and REMANDED for further proceedings.

2